**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

§
§
§

# ORDER REGARDING CASE ADMINISTRATION IN THE AUSTIN DIVISION

To facilitate the orderly administration and reassignment of cases on the docket assigned to Judge Alan Albright in the Austin Division (the "ADA docket") and to provide clarity regarding the status of those cases during the reassignment process, the Court issues the following Order. The Court anticipates that cases assigned to the ADA docket will be reassigned to another district judge in the near term. Pending reassignment, the Court **ORDERS**:

1. Unless otherwise ordered, all deadlines, scheduling orders, and obligations previously established in this matter shall remain in full force and effect pending reassignment. The parties shall continue to prosecute and defend this matter, including conducting discovery and abiding by the scheduling order or proposed scheduling order in this matter.

2. All hearings, conferences, and other proceedings including jury selection and trial settings currently scheduled on the ADA docket are **VACATED** and will be reset, as appropriate, by the judge to whom this matter is reassigned.

3. Pending motions and requests to the Court remain pending and may be addressed by a district judge or magistrate judge, as appropriate, until the case is reassigned.

4. Nothing in this order precludes the assigned magistrate judge from continuing to preside over the case as permitted by law or court order.

SIGNED and ENTERED on this 2nd day of September 2026.

ALIA MOSES
Chief United States District Judge